Clarence Hall, administrator of the will of James Hall, deceased, appellee, v. Evening American Publishing Company, appellant. Gen. No. 34,390.

Heard in the third division of this court for the first district at the June term, 1930. ■■■■■ Opinion filed January 28, 1931. Rehearing denied February 9, 1931.

Keehn, Woods, Weisl & Keeley, for appellant. McKenna & Harris and Francis Gariepy, for appellee; James J. McKenna, Abraham W. Brussell and Francis Gariepy, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Hubbard & Company, appellee, v. Burge Ice Machine Company, appellant. Gen. No. 34,427.

Heard in the third division of this court for the first district at the June term, 1930. ■■■■■ Opinion filed January 28, 1931. Rehearing denied February 9, 1931.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Loucks, Eckert & Peterson, for appellee; Victor Keller and W. U. Bardwell, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Marion C. Horning, appellee, v. Fruehauf Trailer Company, appellant. Gen. No. 34,442.

Heard in the third division of this court for the first district at the June term, 1930. ■■■■■ Opinion filed January 28, 1931.

Edwin Hamilton, for appellant. Mort D. & Frank Goldberg, for appellee; Mort D. Goldberg, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.